James E. Berger (JB 6605)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
First Floor
New York, NY 10022
Tel: (212) 318-6000
Fax: (212) 319-4090
E-mail: jamesberger@paulhastings.com

Christopher F. Dugan (*Pro hac vice* to be submitted)
Joseph R. Profaizer (*Pro hac vice* to be submitted)
Adam J. van Alstyne (*Pro hac vice* to be submitted)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street N.W.
Washington, DC 20005
Tel: (202) 551-1700
Fax: (202) 551-1705

*Attorneys for Defendant*
*Fondo Financiero para el Desarrollo de la*
*Cuenca del Plata ("FONPLATA")*



RECEIVED
SEP 11 2007
U.S.D.C. S.D.N.Y.
CASHIERS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

OSCAR DAVID CORTEZ UZEDA,

       Plaintiff,

- against -

FONDO FINANCIERO PARA EL DESARROLLO DE
LA CUENCA DEL PLATA
A/K/A FONPLATA,

       Defendant.

JUDGE BUCHWALD
'07 CIV 7965

Case Number:

**RULE 7.1 DISCLOSURE**

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Fondo Financiero para el Desarrollo de la Cuenca del Plata ("FONPLATA") —

which was created by the Articles of Agreement that entered into force on the 14th of October 1976, and in accordance with the "Treaty of the Plata Basin" that entered into force on the 14th of August of 1970 among the sovereign Republics of Argentina, Bolivia, Brazil, Paraguay and Uruguay — certifies that it (a) has no corporate parents, and (b) no publicly-held corporation owns more than 10% of its stock.

Dated: New York, New York
September 11, 2007

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
James E. Berger (JB-6605)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
First Floor
New York, NY 10022
Tel: (212) 318-6000
Fax: (212) 319-4090
E-mail: jamesberger@paulhastings.com

Christopher F. Dugan (*Pro hac vice to be submitted)
Joseph R. Profaizer (*Pro hac vice to be submitted)
Adam J. van Alstyne (*Pro hac vice to be submitted)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street N.W.
Washington, DC 20005
Tel: (202) 551-1700
Fax: (202) 551-1705
E-mail: christopherdugan@paulhastings.com
E-mail: joeprofaizer@paulhastings.com
E-mail: adamvanalstyne@paulhastings.com

*Attorneys for Defendant*
*Fondo Financiero para el Desarrollo de la Cuenca del Plata ("FONPLATA")*