James E. Berger (JB 6605)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
First Floor
New York, NY 10022
Tel: (212) 318-6000
Fax: (212) 319-4090
E-mail: jamesberger@paulhastings.com

Christopher F. Dugan (*Pro hac vice* to be submitted)
Joseph R. Profaizer (*Pro hac vice* to be submitted)
Adam J. van Alstyne (*Pro hac vice* to be submitted)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street N.W.
Washington, DC 20005
Tel: (202) 551-1700
Fax: (202) 551-1705

*Attorneys for Defendant*
*Fondo Financiero para el Desarrollo de la*
*Cuenca del Plata ("FONPLATA")*

**JUDGE BUCHWALD**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**07 CIV 7965**

OSCAR DAVID CORTEZ UZEDA,

           Plaintiff,

- against -

FONDO FINANCIERO PARA EL DESARROLLO DE
LA CUENCA DEL PLATA
A/K/A FONPLATA,

           Defendant.

Case Number:

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that the undersigned counsel hereby enters its

appearance in this matter on behalf of Defendant, Fondo Financiero para el Desarrollo de la

Cuenca del Plata ("FONPLATA"), as counsel of record, and requests that all papers be served upon the undersigned.

Dated: New York, New York
September 11, 2007

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ James E. Berger
James E. Berger (JB 6605)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
First Floor
New York, NY 10022
Tel: (212) 318-6000
Fax: (212) 319-4090
E-mail: jamesberger@paulhastings.com

Christopher F. Dugan (*Pro hac vice* to be submitted)
Joseph R. Profaizer (*Pro hac vice* to be submitted)
Adam J. van Alstyne (*Pro hac vice* to be submitted)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street N.W.
Washington, DC 20005
Tel: (202) 551-1700
Fax: (202) 551-1705
E-mail: christopherdugan@paulhastings.com
E-mail: joeprofaizer@paulhastings.com
E-mail: adamvanalstyne@paulhastings.com

*Attorneys for Defendant
Fondo Financiero para el Desarrollo de la Cuenca del Plata ("FONPLATA")*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has caused to be served via UPS overnight a true and correct copy of the foregoing Notice of Appearance this 11th day of September, 2007, on the following:

>V. David Rivkin, Esq.
>Eric Lindquist, Esq.
>JooYun Kim, Esq.
>FOX HORAN & CAMERINI LLP
>825 Third Avenue, 12th Floor
>New York, NY 10022
>(212) 480-4800

_____
LAWRENCE R. MEHRINGER