...6TH ADDITIONAL PETITION. The professional fees shall be based on the contract signed by both parties.

7TH ADDITIONAL PETITION.   Domicile: Av. Monsenor Rivero No. 245, Third Floor, of 3-4.

                Justice, etc... - Santa Cruz[, Bolivia], October 9, 2002.

Illegible Signature – Oscar David Cortez Uzeda – Plaintiff.

Illegible Signature – Rodolfo Melgarejo del Castillo – Attorney.

Presented at 11:40 on the

Twenty fourth day of October, 2002 for the record.

Attached documents to pgs. 121.

Illegible signature
Katherine Vacas Frias
Aide in the Social & Administrative Chamber
Santa Cruz, Bolivia

Lawsuit Lottery
Superior Court of Justice
Social & Administrative Chamber
Lottery Assigns the case to 1st Court on Labor Matters and Social Security

| | |
|---|---|
| Illegible signature | Illegible signature |
| Dr. Johnny Vaca Diez V.D | Dr. Danny Camacho Pereyra |
| Member of the Court | Chamber Secretary |
| Social and Administrative Chamber | Social and Administrative Chamber |
| Superior District Court | Superior District Court |

                Received at 11:30 of the 25th day
                          Of October, 2002
                          For the record.

                Illegible signature
                Glessi Antelo Salas
                      AIDE
      1st Trial Court on Labor Matters and Social
              Superior District Court
                Santa Cruz, Bolivia

## AFFIDAVIT OF TRANSLATOR

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK  )

I, FERNANDO PLANCHART, being duly sworn, depose and state:

1. That I reside at 101 West 78th Street, New York, NY 10024;

2. That I am proficient in translation of the Spanish language into the English language; and

3. That I certify that, to the best of my knowledge, the attached translation is accurate.

FERNANDO PLANCHART

Sworn to before me this 9th day of August, 2007

NOTARY PUBLIC

KATERINA I. GRAJALES
Notary Public, State Of New York
No. 01GR5010801
Qualified in N.Y. County
Commission Expires 4/5/2011

SEÑOR JUEZ DE TURNO DE TRABAJO Y SEGURIDAD SOCIAL

1. DEMANDA COBRO DE BENEFICIOS
2. SOCIALES.-
3. OTROSIES.-
4. OSCAR DAVID CORTEZ UZEDA con C.I. Nº 777178
5. Cbba., mayor de edad, casado, domiciliado en calle Jorori Nº
6. 2075 de esta ciudad, ante Vs. Rs. respetuosamente digo:
7.     Por el Contrato de fecha 14 de Julio de 1.995 el
8. Directorio Ejecutivo de FONPLATA por R.D. Nº 614/95 dispone mi
9. contratación para desempeñar el cargo de TESORERO (Jefe del
10. Sector) en la categoría Funcionario Internacional (Fs. 2),
11. fijando las disposiciones de Política Internacional de la
12. entidad los plazos de los contratos y periodos de prueba de los
13. funcionarios internacionales que se designa en FONPLATA y que
14. están sujetos a los siguientes términos (Fs. 1):
15. a) El período de prueba será de un año.
16. b) Cumplido el período de prueba se celebrará en su caso el contrato por un término de dos años.
17. c) Vencido el término de dos años, el contrato podrá ser prorrogado de común acuerdo entre FONPLATA y el funcionario
18.    por dos periodos de dos años cada uno.
19.     En este sentido son 7 años de contrato, esto es, 1 año de
20. prueba y 3 periodos de 2 años cada uno. Ahora bien, de acuerdo a
21. las Cartas Prorrogas de Contratos de fechas 18 de Abril de 1.997
22. (Fs. 4 a 5) y 18 de Noviembre de 1.998 (Fs. 6 a 7), el Directorio
23. Ejecutivo de FONPLATA dispuso la prorroga de mi contratación en
24. el mismo cargo y bajo la misma categoría, esto es, por dos (2)
25. periodos más, quedando pendiente un otro periodo de dos años de
26. prorroga de Contrato.
27.     Sin embargo, en la 98ª Reunión del Directorio Ejecutivo y
28. en virtud de haber considerado supuestamente la Rotatividad de
29. los cargos desde las Jefaturas de Áreas y otros, entre ellos la

Tesorería en el punto 7.2.1., el Directorio Ejecutivo

C. 24 de Septiembre # 557
Teléf.: 339295 - 343006
Nº 092615
VALIDO SOLO PARA
INGRESAR ESTA CAUSA
Demandante: Oscar D. Cortez U
Demandado: FONPLATA
Asunto: Laboral
Abogado: Rodolfo Costrico
Fecha: 24/10/06

ilegalmente decide NO prorrogar el plazo de mi contrato de trabajo (Vease fs. 17); fundamentando erróneamente su posición en una supuesta rotatividad de cargos, cuando condiciona textualmente "El inicio del proceso de convocatoria y selección para el cargo de Tesorero estará sujeto a las deliberaciones del Directorio Ejecutivo con relación a la rotatividad de los cargos", que fuera expresamente rechazada por el Ministro de Hacienda, Gobernador de Bolivia ante FONPLATA (máxima autoridad en el Organismo), que fijo su posición en comunicaciones (Vease fs. 18 a 23) a sus pares los Ministro-Gobernadores de Brasil, Argentina, Uruguay y Paraguay, además instruyendo mediante NOTA al Director por Bolivia expresamente dos puntos:

PRIMERO.- La posición del País de NO aceptar la rotación de cargos, y
SEGUNDO.- Basado en la EXCELENTE evaluación del compatriota Dr. Oscar D. Cortez Uzeda lo que da lugar a un pronunciamiento expreso de mantener en su cargo de Tesorero al Dr. Cortez.

Pese a la EXCELENTE evaluación de mi trabajo desempeñado en las gestiones 1996, 1998 y 2.000 efectuada por parte del Jefe de Area (Vease fs. 9 a 16) y la expresa posición nuestro País de mantenerme en el cargo; el Directorio Ejecutivo Itinerante NO permitió la finalización del ultimo periodo del contrato por los dos últimos años, quebrantando asi unilateralmente el mismo, mediante CITE SE-250/2000 (Vease fs. 71) sin absolutamente ninguna causa justificada de orden Administrativo, Laboral, jurídica o de cualquier indole, constituyendo consecuentemente esto un RETIRO FORZOSO, violando los "articulos 156 y 157 de la Constitución Política del Estado, articulo 4 de la Ley General del Trabajo; pese a que el Convenio de Sede entre la República de Bolivia y el Fondo Financiero para el Desarrollo de la Cuenca del Plata "FONPLATA" (Vease fs. 119 a 128) en su ARTICULO DECIMO CUARTO establece que en estos casos es de aplicación la Ley

Boliviana, cuando textualmente dice:

"El régimen laboral y de beneficios sociales aplicable al personal del FONDO podrá ser establecido por el FONDO en el sentido de que sus disposiciones no serán menos ventajosas que las vigentes en Bolivia; **en todo caso el personal administrativo contratado por el FONDO se encontrará amparado por las leyes sociales y laborales vigentes en la República de Bolivia**".

Ante este acto ilegal y arbitrario, no tuve otra alternativa que interponer un Recurso de Amparo Constitucional (Véase fs. 73 a 75), pidiendo se respeten las normas procesales, toda vez que con esa determinación inconstitucional implícitamente se conculcó las garantías constitucionales previstas en el Régimen Social de la Constitución Política del Estado, concretamente, los artículos 156 y 157 que determinan "EL TRABAJO ES UN DEBER Y UN DERECHO, Y CONSTITUYE LA BASE DEL ORDEN SOCIAL Y ECONÓMICO", ADEMÁS "GOZAN DE LA PROTECCIÓN DEL ESTADO"; Recurso Constitucional que fue procesado y resuelto en primera instancia por la Sala Social y Administrativa de la Respetable Corte Superior del Distrito declarándolo PROCEDENTE (Véase fs. 79 a 80) y disponiendo "la nulidad de toda actuación de la autoridad recurrida, debiendo procederse en la forma que corresponde", vale decir, que para retirarme de esa forma necesariamente debían notificarme personalmente, sujetándose al Estatuto del Tribunal Administrativo, conforme lo dispone el artículo 19 del citado cuerpo legal. Esta Sentencia Constitucional fue APROBADA por el Tribunal Constitucional mediante Sentencia Nº 1125/01-R de fecha 19 de Octubre del 2.001 (Véase fs. 91 a 96), documentos que merecen entera fe probatoria por expresa determinación del artículo 1.276 del Código Civil.

No obstante de haberse procedido a la notificación vía

Cancillería mediante exhorto suplicatorio con los fallos Constitucionales, al Secretario Ejecutivo de FONPLATA, señor WALTER VILLALBA SALDIVAR (Vease fs. 104 a 110) que sustituyo en el cargo a Pedro Luiz Pinheiro Da Costa, así como a los continuos reclamo (Vease fs. 111 a 118), y la evaluación de desempeño profesional de los años 2000, 1998, 1997 y 1996 en base a los cuales el GOBERNADOR POR BOLIVIA instruyó expresamente la prorroga por el último periodo del contrato (Vease fs. 22), el Ejecutivo de FONPLATA insiste y persiste en forma obsecada a mantenerme fuera de la institución sin ninguna causa justificada, conculcándose el DEBIDO PROCESO que por disposiciones nacionales y Convenios Internacionales debe respetarse, violentando mis garantias constitucionales previstas en los Arts. 156 y 157 del Régimen Social de la Constitución Política del Estado, por cuanto tampoco me cancelo la totalidad mis beneficios sociales que alcanzan la suma de $us. 285.777,51 (DOSCIENTOS OCHENTA Y CINCO MIL SETECIENTOS SETENTA Y SIETE 51/100 DOLARES AMERICANOS) conforme se evidencia por el finiquito adjunto que expresamente dice sujeto a revisión, y aprobado por el Ministerio del Trabajo y Seguridad Social.-

Siendo totalmente ostensible que el anterior y el actual Secretario Ejecutivo de FONPLATA, se negaron a dar cumplimiento a los fallos CONSTITUCIONALES así como desconocer los informes realizados en mi favor por el GOBERNADOR POR BOLIVIA, Lic. Ronald Maclean Abaroa, en su calidad de Ministro de Hacienda, ante el Organismo y demás Gobernadores, en forma unilateral mediante CITE:SE 250/2000 me comunican la cesación de mi relación laboral con el Organismo (FONPLATA ) sin empero, cumplir con el Estatuto del Tribunal Administrativo de FONPLATA, CONSTITUYENDO ESTO UN RETIRO FORZOSO toda vez que en su



artículo 19 señala que la Secretaría Ejecutiva debió disponer mi notificación personal, para cumplir con el mencionado artículo 19 que textualmente dice: "Los recursos de apelación ante el Tribunal deberán interponerse, so pena de caducidad, dentro de los 30 días corridos y siguientes de la NOTIFICACION PERSONAL AL RECURRENTE". Al rechazar mi petitorio curiosamente tampoco quieren cancelarme los beneficios sociales que por ley me corresponde, pese a la existencia de una SENTENCIA CONSTITUCIONAL, siendo por lo tanto esa determinación totalmente inconstitucional e ilegal, al extremo de cometer el delito de DESOBEDIENCIA A RESOLUCIONES EN PROCESO DE HABEAS CORPUS Y AMPARO CONSTITUCIONAL previsto en el artículo 179 Bis del Código Penal, que en resguardo de mis derechos haré valer por la vía que corresponde.

Al haberse hecho caso omiso al Amparo Constitucional resuelto por el Tribunal constitucional, así como a los constantes reclamos realizados tanto vía cancillería como directamente mediante cartas, al no obtener una respuesta favorable, guardando la presente demanda las previsiones de los artículos 117 a 120 del Código Procesal del Trabajo, me veo obligado a demandar el COBRO DE MIS BENEFICIOS SOCIALES en la suma de $us 285.777,51 (DOSCIENTOS OCHENTA Y CINCO MIL SETECIENTOS SETENTA Y SIETE 51/100 DOLARES AMERICANOS), dirigiendo la acción en contra del personero legal actual del Fondo Financiero para el Desarrollo de la Cuenca del Plata - FONPLATA, señor WALTER VILLALBA SALDIVAR, al haber sido removido de sus funciones el anterior, señor Pedro Luiz Pinheiro Da Costa, amparado en los artículos 4, 6, 10, 12, 13, 44, 48 y 57 de la Ley General del Trabajo, arts. 156 y 157 de la Constitución Política del Estado, artículo DECIMO CUARTO del

Av. Monseñor Rivero # 245 Edif. Monseñor Rivero Piso # 3 Of. 3-A Fonos: 369177 334701 Fax 339970 Santa Cruz - Bolivia

Convenio de Sede entre el Gobierno de la República de Bolivia y el Fondo Financiero para el Desarrollo de la Cuenca del Plata "FONPLATA", pidiendo a su autoridad se sirva admitir la demanda e imprimirle el trámite de Ley hasta el estado de dictar sentencia, declarando PROBADA mi demanda y en consecuencia ordenar su pago en la forma que tengo presentada la liquidación en el término de tercero día, más gastos y costas del juicio.

OTROSI 1o.- El Fondo Financiero para el Desarrollo de la Cuenca del Plata - FONPLATA y su personero legal, señor WALTER VILLALBA SALDIVAR, Secretario Ejecutivo de FONPLATA, tiene su domicilio en las Oficinas de FONPLATA ubicadas en la Av. Irala Nº 573.-

OTROSI 2o.- Teniendo en consideración que el Secretario Ejecutivo de FONPLATA, señor Walter Villalba Saldivar, es un funcionario a quien Bolivia de cortesía dio rango de Diplomático, solicito a su autoridad que la notificación a su persona se la haga vía Cancillería y sea mediante exhorto Suplicatorio, con inserción de los recaudos pertinentes, en especial de la cédula citatoria, siendo su domicilio en la Av. Irala Nº 573.-

OTROSI 3o.- Tratándose que la institución demandada es un Organismo Internacional, pido a su autoridad se sirva dar intervención al Ministerio Público y la Cancillería.-

OTROSI 4o.- Acompaño en calidad de prueba preconstituida la documentación en fs. 130.-

OTROSI 5o.- Solicito a su autoridad se sirva ordenar se proceda al desglose y entrega del Convenio de Sede entre el Gobierno de la República de Bolivia y el Fondo Financiero para el Desarrollo de la Cuenca del Plata "FONPLATA", debiendo quedar en su lugar fotocopias debidamente legalizadas.

MELGAREJO & ASOCIADOS

OTROSI. 6o.- Los honorarios profesionales se rigen por iguala firmadas entre partes.

OTROSI 7o.- Domicilio: Av. Monseñor Rivero N° 245, Tercer Piso, Of. 3-A.-

Justicia, etc...

Santa Cruz, 9 de octubre de 2002

Rodolfo Melgarejo del Castillo
ABOGADO
Reg. Corte 473 - Col. Abog. 327

Oscar David Cortez U.

Presentado a horas ...11:40... del día veinticuatro de octubre del año dos mil dos corrte.

Adj. doc. a Fs. 121.-

Katherine Vaca Frias
AUXILIAR DE LA SALA SOCIAL
Y ADMINISTRATIVA
Santa Cruz - Bolivia

SORTEO DE CAUSAS
CORTE SUPERIOR DE JUSTICIA
SALA SOCIAL Y ADMINISTRATIVA
SORTEADO AL JUZGADO _____

Dr. Johnny Vaca Diez V.D.
VOCAL DE CORTE
SALA SOCIAL ADMINISTRATIVA
CORTE SUPERIOR DE DISTRITO

Dra. Danny Camacho Pereyra
SECRETARIA DE CAMARA
DE LA SALA SOCIAL Y
ADMINISTRATIVA DE S.R. LA
CORTE SUPERIOR DE DISTRITO

RECIBIDO A Hrs. 16:30 del día 25
Mes Octubre de 2002

Av. Monseñor Rivero # 245 Edif. Monseñor Rivero Piso # 3 Of. 3-A Fonos: 369177 334701 Fax 3399 Santa Cruz Bolivia
Glessi Antelo Salas
AUXILIAR

# MELGAREJO AFFIDAVIT – EXHIBIT B

FONDO FINANCIERO PARA EL DESARROLLO DE LA CUENCA DEL PLATA
FUNDO FINANCEIRO PARA O DESENVOLVIMENTO DA BACIA DO PRATA
ARGENTINA – BOLIVIA – BRAZIL – PARAGUAY – URUGUAY

[Seal: *Manuel Cortéz Moscoso* – CLERK – ATTORNEY – SECOND COURT ON LABOR AND SOCIAL SECURITY MATTERS – SANTA CRUZ – BOLIVIA]

Santa Cruz, July 14, 1995
Cite: ADM/CON-007/95

[Seal: SOCIAL AND ADMINISTRATIVE DIVISION – SUPERIOR COURT – SANTA CRUZ – BOLIVIA]
[Seal: SECOND LABOR AND SOCIAL SECURITY COURT – CLERK'S OFFICE – SANTA CRUZ – BOLIVIA]
[Illegible Signature, Stamp and Seal]

Mister
Dr. Oscar Cortez Uzeda
Present

RE.: LETTER – AGREEMENT

Dear Sir,

Pursuant to what was established by the Board of Executive Directors of FONPLATA in the Minutes of the 80th Meeting of the Board of Executive Directors and Resolution R.D. 614/95, we are pleased to send you this Letter-Agreement containing the specifics of your hiring.

| | |
|---|---|
| a) CATEGORY: | INTERNATIONAL OFFICER |
| b) POSITION: | TREASURER (Head of the Area) |
| c) DUTIES: | Those described in the attachment and which are part of this Agreement. |
| | The tasks under your responsibility are not limited to those listed in the attachment, and may include others that best favor the development of the institution, provided such tasks are within the Budget Category for which you were hired. |
| d) AREA OF WORK: | FINANCE AND ADMINISTRATION, answering directly to the Head of the Finance and Administration Area. |

SUCRE – BOLIVIA

España No. 74
Phone No. (064) 30322 - 30207 - 25293
              23888 - 30311
FAX (591-64) 32997 - 32511
Casilla Correo N° 47
Telex 2260 - 2500

ASUNCION – PARAGUAY

Presidente Franco esq. Ayolas
Edificio Ayira 10° Piso
Phone No. (595-21) 490866 – 444653
FAX (595-21) 444653
Casilla Correo N° 2761
Telex 44266 FOPLATA PY

SANTA CRUZ - BOLIVIA

Libertad N° 999
Phone No. (03) 344767 - 368266 - 360267
FAX (591-3) 345729 - 365270
Casilla Corro N° 2690
Telex 4610 FONPLA BV

Cite: ADM/CON-007/95

[Seal: SOCIAL AND ADMINISTRATIVE DIVISION – SUPERIOR COURT – SANTA CRUZ – BOLIVIA]
[Seal: *Manuel Cortéz Moscoso* – CLERK – ATTORNEY – SECOND COURT ON LABOR AND SOCIAL SECURITY MATTERS – SANTA CRUZ – BOLIVIA]
[Seal: LABOR AND SOCIAL SECURITY COURT – CLERK'S OFFICE – SANTA CRUZ – BOLIVIA]

| | |
|---|---|
| e) TERM OF THE AGREEMENT: | One-year trial period. Upon completion of said trial period pursuant to the requirements of the Personnel Policy of FONPLATA, an agreement for two years shall be executed, if applicable. Upon expiration of the two-year term, the agreement may be extended for two two-year periods if mutually agreed by FONPLATA and the officer. |
| f) PLACE OF WORK: | Offices of FONPLATA in Santa Cruz or in any other place as determined by the institution. |
| g) MONTHLY COMPENSATION: | US$ 4,045.00 (four thousand forty five and 00/100 American Dollars), corresponding to Category II Level 0 of the Salary Scale in force for International Officers. |
| h) WELFARE BENEFITS: | Medical insurance, accident insurance, family subsidy, savings fund, settling and return expenses and other benefits pursuant to the Personnel Policy. |

Should you agree with the abovementioned terms and conditions, we would appreciate it if you could return the original signed copy of this Letter-Agreement, which shall be duly registered with the Executive Secretary's Office.

Yours sincerely,

[Illegible Signature]
[Seal: Efraín Darío Centurión – REGULAR DIRECTOR PARAGUAY – CHAIRMAN OF THE BOARD]
[Illegible Signature]
[Seal: Luis Alberto Henin – EXECUTIVE SECRETARY]
[Illegible Signature]
[Seal: Oscar Cortez Uzeda – TREASURER]

Signing date: July 15, 1995
Term: One year as from July 15, 1995

# AFFIDAVIT OF TRANSLATOR

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

I, FERNANDO PLANCHART, being duly sworn, depose and state:

1. That I reside at 101 West 78th Street, New York, NY 10024;

2. That I am proficient in translation of the Spanish language into the English language; and

3. That I certify that, to the best of my knowledge, the attached translation is accurate.

FERNANDO PLANCHART

Sworn to before me this 9th day of August, 2007

NOTARY PUBLIC

KATERINA I. GRAJALES
Notary Public, State Of New York
No. 01GR5010801
Qualified in N.Y. County
Commission Expires 4/5/20 11

**FONPLATA**

FONDO FINANCIERO PARA EL DESARROLLO DE LA CUENCA DEL PLATA
FUNDO FINANCEIRO PARA O DESENVOLVIMENTO DA BACIA DO PRATA

ARGENTINA — BOLIVIA — BRASIL — PARAGUAY — URUGUAY

Santa Cruz, 14 de julio de 1995
Cite: ADM/CON-007/95

Señor
Dr. Oscar Cortez Uzeda
Presente

REF.: CARTA - CONTRATO

De nuestra mayor consideración:

De conformidad con lo dispuesto por el Directorio Ejecutivo de FONPLATA en el Acta de la 80ª Reunión del Directorio Ejecutivo y la Resolución R.D. 614/95, nos es grato hacerle llegar esta Carta-Contrato que contiene los puntos correspondientes a su contratación.

a) CATEGORÍA: FUNCIONARIO INTERNACIONAL

b) CARGO: TESORERO (Jefe del Sector)

c) FUNCIONES: Las descritas en anexo, que forman parte del presente Contrato.

Se establece que las tareas bajo su responsabilidad no son taxativas y pueden incluir otras que propendan al mejor desarrollo de la institución, siempre y cuando se salve la Categoría Presupuestaria para la que fue contratado.

d) ÁREA DE FUNCIONES: FINANZAS Y ADMINISTRACIÓN, dependencia directa del Jefe del Área de Finanzas y Administración.

SUCRE - BOLIVIA

Teléfonos (064) 30322 - 30207 - 25293 - 23888 - 30311
FAX (591-64) 32097 - 32511
Casilla Correo Nº 47
Telex 2260 - 2500 FOPLATA BV

ASUNCION - PARAGUAY

Presidente Franco esq. Ayolas
Edificio Aylra 10º Piso
Telfs. (595-21) 490866 - 444653
FAX (595-21) 444653
Casilla Correo Nº 2761
Telex 44266 FOPLATA PY

SANTA CRUZ - BOLIVIA

Libertad Nº 999
Teléfonos (03) 344767 - 360266 - 360267
FAX (591-3) 345729 - 365278
Casilla Correo Nº 2600
Telex 4610 FONPLA BV

Cite: ADM/CON-007/95

PLATA

e) TÉRMINO DEL CONTRATO: Período de Prueba de un año. Cumplido dicho período de conformidad con las exigencias de la Política de Personal de FONPLATA, se celebrará en su caso el contrato por un término de dos años. Vencido el término de dos años, el contrato podrá ser prorrogado por dos períodos de dos años de común acuerdo entre FONPLATA y el funcionario.

f) LUGAR DE TRABAJO: Oficinas de FONPLATA en Santa Cruz o cualquier otro lugar que la institución determine.

g) REMUNERACIÓN MENSUAL: US$ 4,045.00 (cuatro mil cuarenta y cinco 00/100 dólares estadounidenses), correspondiente a la Categoría II Nivel 0, de la Escala de Sueldos de Funcionarios Internacionales, vigente.

h) ASISTENCIA SOCIAL: Seguro médico, de accidentes, subsidio familiar, fondo de ahorro, gastos de instalación y retorno y otras prestaciones de acuerdo con lo previsto en la Política de Personal.

Si usted está de acuerdo con las condiciones arriba indicadas, le agradeceremos devolver firmado el original de esta Carta-Contrato, la que será debidamente registrada en la Secretaría Ejecutiva.

Con este motivo, saludamos a Ud. muy atentamente.

Dr. Efraín Darío Centurión
DIRECTOR TITULAR PARAGUAY
PRESIDENTE DEL DIRECTORIO

Lic. Luis Alberto Henin
SECRETARIO EJECUTIVO

Dr. Oscar Cortez Uzeda
TESORERO

Fecha de suscripción: 15 de julio de 1995
Período de vigencia: un año a partir del 15 de julio de 1995

# MELGAREJO AFFIDAVIT – EXHIBIT C

REPUBLIC OF BOLIVIA
Ministry of Foreign and Religious Affairs

[Seal: SECOND LABOR AND SOCIAL SECURITY COURT – CLERK'S OFFICE – SANTA CRUZ – BOLIVIA]
[Illegible Signature and Seal: *Manuel Cortéz Moscoso* – CLERK – ATTORNEY – SECOND COURT ON LABOR AND SOCIAL SECURITY MATTERS – SANTA CRUZ – BOLIVIA]
[Seal: Received – November 14, 2002 – (Illegible) – Santa Cruz – RECEPTION]
[URGENT]
[La Paz, Nov. 13, 2002 – GM –DGAJ – J314/9862 – CLASSIFICATION: ORDINARY]
[In handwriting: 134]

To mister:
Lic. Walter Villalba Saldivar
EXECUTIVE SECRETARY OF FONPLATA
Ave. Irala N° 573
Santa Cruz

Re. <u>Transmittal of Letter Rogatory</u>

Mr. Executive Secretary,

For your information and all relevant purposes, I hereby send you attached the letter rogatory issued by Mr. Severo Hurtado Ribera, First Circuit Judge On Labor And Social Security Matters in and for the Judicial District of Santa Cruz, in the labor complaint for the collection of social benefits filed by Oscar David Cortéz Uzeda against the Executive Secretary of Fonplata.

Yours sincerely,

jce/
Attachment: The above mentioned

[Illegible Signature]
[Seal: Edgar Pinto Tapia
GENERAL DIRECTOR OF BILATERAL AFFAIRS
Ministry of Foreign and Religious Affairs]
[Seal: ON THE INSTRUCTIONS OF THE
VICE-MINISTER OF FOREIGN POLICY]

FIRST COURT ON LABOR AND SOCIAL SECURITY MATTERS
SANTA CRUZ – BOLIVIA

Judge: Mr. SEVERO HURTADO RIBERA [Illegible Signature] [Seal: *Severo Hurtado Ribera* – FIRST JUDGE ON LABOR AND SOCIAL SECURITY MATTERS]

Clerk: Mrs. ROXANA ENCINAS CASTEDO [Illegible Signature] [Seal: *Ma. Roxana Encinas Castedo* – CLERK OF THE FIRST CIRCUMSCRIPTION COURT ON LABOR AND SOCIAL SECURITY MATTERS IN AND FOR THE CAPITAL CITY]
[Seal: REPUBLIC OF BOLIVIA - COURT ON LABOR AND SOCIAL SECURITY MATTERS - Santa Cruz de la Sierra]

## SUMMONS

This summons was issued upon request of Mr. Severo Hurtado Riberta, First Circuit Judge On Labor And Social Security Matters in and for the Capital City, for the purpose of requesting the Bolivian Foreign Office to summon and serve notice, through the pertinent office, on WALTER VILLALBA SALDIVAR, in his capacity as Executive Secretary of Fonplata, with the proceedings transcribed below, which include the labor complaint for the collection of social benefits filed by Oscar David Cortez Uzeda against the Executive Secretary of Fonplata, Walter Villalba Saldivar. Upon fulfillment, return original copies duly served.

&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&

FILED COMPLAINT ON PAGES 122 – 125

YOUR HONOR ON DUTY FOR LABOR MATTERS AND SOCIAL SECURITY

CLAIM: PAYMENTS OF SOCIAL BENEFITS

PETITIONS:

OSCAR DAVID CORTEZ UZEDA, with Nat'l ID Card No. 77778 Cbba., of the age of majority, married, a resident of this city on calle [street] Jororí No. 205, before Your Honor I do respectfully petition:

That by means of the Contract dated July 14, 1995, the FONPLATA Executive Board of Directors, by means of RD No. 614/95 did make provisions to hire me to undertake the position of TREASURER (Sector...

....Head) under the category of International Officer (pgs. 2) setting, by way of the provisions of the Entity's International Policy, the contract terms and probationary period of international employees assigned to FONPLATA, and subject to the following terms (pgs. 1):

a) The probationary period shall be one year.
b) Once the probationary period has been completed, in your case a contract will be signed for the duration of two years.
c) Once the two-year contract has expired, the contract could be extended by mutual agreement between FONPLATA and the employee, of two periods for two years each.

In this regard, the contract duration is for seven years, namely, one year probation, and three two-year periods. Now, according to the Letters Extending the Contract, dated April 18, 1997 (pgs. 4 to 5) and November 18, 1999 (pgs. 6 to 7), the FONPLATA Executive Board of Directors made provisions to extend my contract for the same position and under the same category, that is, for two (2) more periods, with another two-year period pending extension of the Contract.

However at the 98th Meeting of the Executive Board of Directors, and by virtue of having supposedly considered the Rotations of the positions for the Area Heads and others, amongst them Treasury, in point 7.21: the Executive Board of Directors illegally decided not to extend my employment contract (see pgs. 17), basing erroneously its position on a supposed rotation of positions, when it conditioned, and I quote, "The beginning of the process for s public call and selection for the position of Treasurer shall be subject to the deliberations of the Executive Board of Directors with regards to the rotation of the positions," which was expressly rejected by the Ministry of Finance. The FONPLATA Governor for Bolivia (the maximum authority in the Organization), who set his position in the communiqués (See pgs. 18 to 23), his peers, the Minister-Governors for Brazil,...

...Argentina, Uruguay, and Paraguay, moreover, instructing Director for Bolivia by means of a NOTE, expressed two points:

> FIRST: The Country's position of NOT accepting the rotation of positions, and SECOND: On the basis of an EXCELLENT performance appraisal of the compatriot Dr. Oscar D. Cortez Uzeda, gives way to expressly pronouncing that we maintain Dr. Cortez in his position as Treasurer.

In spite of the EXCELLENT appraisal of my work and performance in the financial years 1996, 1998, and 2000 made by the Area Head (See pgs. 9 to 16) and the express position of our Country to keep me in that position, the Executive Board of Directors did NOT allow the conclusion of the last two-year period of the contract, unilaterally breaking said contract by means of Memo SE-250/2000, (See pgs. 71) without any justifiable cause at all be it of an administrative, labor, legal, or any other order, consequently constituting this in a FORCEFUL REMOVAL, violating articles 156 and 157 of the Political Constitution of the State and Article 4 of the General Labor Law, in spite of the fact that the Master Agreement between the Republic of Bolivia and the *Fondo Financiero para el Desarrollo* de la Cuenca del Plata [Financial Fund for Developing the River Plate Basin] "FONPLATA" (See pgs. 119 to 128) in ARTICLE FOURTEEN establishes that in these cases it shall apply Bolivian law and I quote:

> "The labor practices and social benefits applicable to the FUND's personnel can be established by [FONPLATA] in the sense that its provisions shall not be less advantageous than those in effect in Bolivia; **in any case, the administrative personnel hired by the FUND shall be protected by the applicable social and labor laws in the Republic of Bolivia.**"

In light of this illegal and arbitrary action, I had no other alternative than to file an Appeal for Constitutional Protection (See pgs. 73 to 75), petitioning that they respect the procedural norms, every time with this implicitly unconstitutional...