James E. Berger (JB 6605)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
First Floor
New York, NY 10022
Tel: (212) 318-6000
Fax: (212) 319-4090
E-mail: jamesberger@paulhastings.com

Christopher F. Dugan (*Pro hac vice* application pending)
Joseph R. Profaizer (*Pro hac vice* application pending)
Adam J. van Alstyne (*Pro hac vice* application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street N.W.
Washington, DC 20005
Tel: (202) 551-1700
Fax: (202) 551-1705

Attorneys for Defendant
Fondo Financiero para el Desarrollo de la
Cuenca del Plata ("FONPLATA")

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

OSCAR DAVID CORTEZ UZEDA,

       Plaintiff,

- against -

FONDO FINANCIERO PARA EL DESARROLLO DE
LA CUENCA DEL PLATA
A/K/A FONPLATA,

       Defendant.

---

Case Number: 07-CIV-7965-NRB

**MOTION TO ADMIT COUNSEL**
***PRO HAC VICE***

  **PLEASE TAKE NOTICE** that upon the annexed Declaration of James E. Berger, the accompanying Declarations of Christopher F. Dugan, Joseph R. Profaizer and Adam J. van Alstyne and the exhibits annexed hereto, the undersigned moves this Court for an Order, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, admitting Christopher F. Dugan, Joseph R. Profaizer and

Adam J. van Alstyne, attorneys with the law firm of Paul, Hastings, Janofsky & Walker LLP, and members in good standing of their respective Bars, as attorneys *pro hac vice* to argue or try this case in whole or in part as counsel.

There are no pending disciplinary proceedings against Christopher F. Dugan, Joseph R. Profaizer and Adam J. van Alstyne in any State or Federal court.

Dated: New York, New York
September 14, 2007

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
James E. Berger (JB 6605)

PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
First Floor
New York, NY 10022
Tel: (212) 318-6000
Fax: (212) 319-4090
E-mail: jamesberger@paulhastings.com

Christopher F. Dugan
(*Pro hac vice* application pending)
Joseph R. Profaizer
(*Pro hac vice* application pending)
Adam J. van Alstyne
(*Pro hac vice* application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street N.W.
Washington, DC 20005
Tel: (202) 551-1700
Fax: (202) 551-1705
E-mail: christopherdugan@paulhastings.com
E-mail: joeprofaizer@paulhastings.com
E-mail: adamvanalstyne@paulhastings.com

*Attorneys for Defendant*
*Fondo Financiero para el Desarrollo de la Cuenca del Plata ("FONPLATA")*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR DAVID CORTEZ UZEDA,<br><br>　　　　　　　　　Plaintiff,<br><br>　- against -<br><br>FONDO FINANCIERO PARA EL DESARROLLO DE LA CUENCA DEL PLATA A/K/A FONPLATA,<br><br>　　　　　　　　　Defendant. | Case Number: 07-CIV-7965-NRB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

Upon due consideration and the Court being fully advised of the application of **Christopher F. Dugan, Joseph R. Profaizer and Adam J. van Alstyne** to appear and participate *pro hac vice* as counsel for Fondo Financiero para el Desarrollo de la Cuenca del Plata ("FONPLATA") in the above-referenced action, it is:

ORDERED that said Motion be and the same is hereby GRANTED.

This ____ day of _____, 2007.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Naomi Buchwald
　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR DAVID CORTEZ UZEDA,<br><br>Plaintiff,<br><br>- against -<br><br>FONDO FINANCIERO PARA EL DESARROLLO DE LA CUENCA DEL PLATA A/K/A FONPLATA,<br><br>Defendant | Case Number: 07-CIV-7965-NRB<br><br>**DECLARATION OF<br>JAMES E. BERGER** |

Pursuant to 28 U.S.C. § 1746, James E. Berger hereby declares as follows:

1. I am an attorney with the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel for Fondo Financiero para el Desarrollo de la Cuenca del Plata ("FONPLATA"), defendant in these proceedings. I submit this declaration in support of the motion, pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, for an Order granting Christopher F. Dugan, Joseph R. Profaizer and Adam J. van Alstyne admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York in order to argue and try the above-captioned case.

2. I am a member in good standing of the bar of this Court.

3. I have reviewed the declaration of Christopher F. Dugan in support of the motion for admission *pro hac vice* submitted herewith, and I believe that this declaration is true and correct. Christopher F. Dugan is fully familiar with the facts of this case.

4. I have reviewed the declaration of Joseph R. Profaizer in support of the motion for admission *pro hac vice* submitted herewith, and I believe that this declaration is true and correct. Joseph R. Profaizer is fully familiar with the facts of this case.

5. I have reviewed the declaration of Adam J. van Alstyne in support of the motion for admission *pro hac vice* submitted herewith, and I believe that this declaration is true and correct. Adam J. van Alstyne is fully familiar with the facts of this case.

6. Upon the foregoing facts, I respectfully request that the Court grant the motion for the admission *pro hac vice* of Christopher F. Dugan, Joseph R. Profaizer and Adam J. van Alstyne to the bar of the United States District Court for the Southern District of New York.

I certify under penalty of perjury that the following is true and correct. Executed on September 14, 2007.

James E. Berger (JB 6605)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
First Floor
New York, NY 10022
Tel: (212) 318-6000
Fax: (212) 319-4090
E-mail: jamesberger@paulhastings.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR DAVID CORTEZ UZEDA,<br><br>              Plaintiff,<br><br>   - against -<br><br>FONDO FINANCIERO PARA EL DESARROLLO DE LA CUENCA DEL PLATA A/K/A FONPLATA,<br><br>              Defendant. | Case Number: 07-CIV-7965-NRB<br><br>**DECLARATION OF CHRISTOPHER F. DUGAN** |

Christopher F. Dugan, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Paul, Hastings, Janofsky & Walker LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this case.

I certify under penalty of perjury that the following is true and correct.

Executed on September 12, 2007.

                                                            */s/ Christopher F. Dugan*
                                                            Christopher F. Dugan
                                                            Paul, Hastings, Janofsky & Walker LLP
                                                            875 15th Street, N.W.,
                                                            Washington, DC 20005
                                                            202.551.1700 (voice), 202.551.1705 (fax)



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**CHRISTOPHER F. DUGAN**

was on the 11ᵀᴴ day of JANUARY, 1982 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 5, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
      Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSCAR DAVID CORTEZ UZEDA,

                Plaintiff,

- against -

FONDO FINANCIERO PARA EL DESARROLLO DE
LA CUENCA DEL PLATA
A/K/A FONPLATA,

                Defendant.

Case Number: 07-CIV-7965-NRB

**DECLARATION OF
JOSEPH R. PROFAIZER**

Joseph R. Profaizer, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the law firm of Paul, Hastings, Janofsky & Walker LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the District of Columbia.

4. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the State Bar of Texas.

5. There are no pending disciplinary proceedings against me in any State or Federal court.

6. Wherefore I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this case.

I certify under penalty of perjury that the following is true and correct.

Executed on September 12, 2007.

                                          Joseph R. Profaizer
                                          Paul, Hastings, Janofsky & Walker LLP
                                          875 15th Street, N.W
                                          Washington, DC 20005
                                          202.551.1700 (voice), 202.551.1705 (fax)



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JOSEPH RUDOLPH PROFAIZER

was on the 11TH day of MAY, 2001 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 5, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
        Deputy Clerk

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

September 10, 2007

RE:   **Mr. Joseph Rudolph Profaizer**
      State Bar Number - **00788227**

To Whom it May Concern:

This is to certify that Mr. Joseph Rudolph Profaizer was licensed to practice law in Texas on November 05, 1993 and is an active member in good standing with the State Bar of Texas; however, Mr. Joseph Rudolph Profaizer is currently claiming the Minimum Continuing Legal Education non-practicing exemption and is, therefore, not eligible to practice law in Texas.

Good Standing means that the attorney is current on payment of Bar dues; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR DAVID CORTEZ UZEDA,<br><br>    Plaintiff,<br><br>- against -<br><br>FONDO FINANCIERO PARA EL DESARROLLO DE LA CUENCA DEL PLATA A/K/A FONPLATA,<br><br>    Defendant. | Case Number: 07-CIV-7965-NRB<br><br>DECLARATION OF<br>ADAM J. van ALSTYNE |

Adam J. van Alstyne, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the District of Columbia.

4. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of New York.

5. There are no pending disciplinary proceedings against me in any State or Federal court.

6. Wherefore I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this case.

I certify under penalty of perjury that the following is true and correct.

Executed on September 12, 2007.

                   _/s/ Adam J. van Alstyne_
                   Adam J. van Alstyne
                   Paul, Hastings, Janofsky & Walker LLP
                   875 15th Street, N.W.
                   Washington, DC 20005
                   202.551.1700 (voice), 202.551.1705 (fax)



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ADAM J. VAN ALSTYNE

was on the    6TH    day of    JULY, 2007
duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 7, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, *Michael J. Novack*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Adam James van Alstyne

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **24th day of August, 2006**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **10th day of September, 2007**.



Clerk

## CERTIFICATE OF SERVICE

This is to certify that the undersigned served a copy of the foregoing instrument on counsel of record, by hand delivering the same on this 14th day of September, 2007 to:

V. David Rivkin, Esq.
Eric Lindquist, Esq.
FOX HORAN & CAMERINI LLP
825 Third Avenue
New York, N.Y. 10022

*Attorney's for Plaintiff*

_____
Lawrence R. Mehringer