UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSCAR DAVID CORTEZ UZEDA,

                  Plaintiff,

- against -

FONDO FINANCIERO PARA EL DESARROLLO DE
LA CUENCA DEL PLATA
A/K/A FONPLATA,

                  Defendant.

Case Number: 07-CIV-7965-NRB

[PROPOSED] ORDER
GRANTING MOTION TO
ADMIT COUNSEL
*PRO HAC VICE*

Upon due consideration and the Court being fully advised of the application of Christopher F. Dugan, Joseph R. Profaizer and Adam J. van Alstyne to appear and participate *pro hac vice* as counsel for Fondo Financiero para el Desarrollo de la Cuenca del Plata ("FONPLATA") in the above-referenced action, it is:

ORDERED that said Motion be and the same is hereby GRANTED upon payment of the required fee. This 4th day of October, 2007.

Hon. Naomi Buchwald
United States District Judge