USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
OSCAR DAVID CORTEZ UZEDA,

               Plaintiff,

    - against -                    O R D E R

FONDO FINANCIERO PARA EL DESARROLLO    07 Civ. 7965 (NRB)
DE LA CUENCA DEL PLATA a/k/a FONPLATA,

               Defendant.
----------------------------------------x
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

       **WHEREAS** this case was commenced by plaintiff filing an ex *parte* application for an Order of Attachment in the Supreme Court of the State of New York; and

       **WHEREAS** this case was subsequently removed to this Court by defendants on September 11, 2007; and

       **WHEREAS** the parties are in agreement that plaintiff should be permitted to proceed by filing an initial complaint in this Court; it is hereby

       **ORDERED** that the Clerk of the Court accept plaintiff's complaint for filing.

Dated:    New York, New York
         October 17, 2007

                                                  NAOMI REICE BUCHWALD
                                                  UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

V. David Rivkin, Esq.
Eric Lindquist, Esq.
Joo Yun Kim, Esq.
Fox Horan & Camerini LLP
825 Third Avenue, 12th Floor
New York, NY 10022

Christopher F. Dugan, Esq.
Joseph R. Profaizer, Esq.
Adam J. Van Alstyne, Esq.
Paul, Hastings, Janofsky & Walker, LLP
875 15th Street, N.W.
Washington, DC 20005