# FOX HORAN & CAMERINI LLP

**825 THIRD AVENUE**
**NEW YORK, NEW YORK 10022**

DONALD T. FOX
JOHN R. HORAN
EZEQUIEL A. CAMERINI
WILLIAM M. DROGSKY
DAVID C. CAMERINI
PATRICK L. FERRIERE
RAFAEL A. GINESRA
STEVEN B. HONIGMAN
NICHAEL F. JOHNSTON
WILLIAM B. KOGAN
KATHLEEN M. KUNDAR
ERIC LINDQUIST
EDWARD O. MARSCHNER
JONATHAN MAZER
NORMAN J. REBNICOW
OLEG RIVKIN
V. DAVID RIVKIN
HAROLD ULLMAN
RAFAEL URQUIA II

ATTORNEYS AND COUNSELLORS
AT LAW

TELEPHONE:    (212) 480-4800
TELECOPIERS:    (212) 269-2383
(212) 709-0843

www.foxhorancamerini.com

COUNSEL
RICHARD L. HUFFMAN

November 26, 2007

By Fax to: (212) 805-7927

Hon. Naomi Buchwald
U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2270
New York, New York 10007



> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 11/29/07

    Re:    *Oscar David Cortez Uzeda v. FONPLATA*
         Case No. 07-Civ.-7965

Dear Judge Buchwald:

    I am counsel for the Oscar David Cortez Uzeda, the plaintiff in the above-referenced case. I write with the agreement of Defendant's counsel, Joseph Profaizer of Paul Hastings Janofsky & Walker LLP.

    I write to inform the Court that the parties are currently engaged in settlement discussions, and the parties therefore request a four-week extension of all deadlines with reference to Defendant FONPLATA's Motion to Dismiss. This additional time is necessary to deal with various aspects of the ongoing discussions between the parties, both of whom are outside the United States, and various logistical issues for the parties. This extension will promote the possibility of a settlement and serve the interests of judicial economy and avoidance of unnecessary litigation costs.

    Plaintiff has previously requested an extension of the time to respond to Defendant's letter seeking leave to file the Motion to Dismiss. Defendant's Motion to Dismiss is currently due on November 30, 2007, Plaintiff's Opposition is due on December 28, 2007, and Defendant's Reply due January 11, 2008. If the Court grants this request, Defendant's Motion to Dismiss would be due on December 28, 2007,

*Ordered*

*Maureen*

*USDT*

*11/29/07*

Hon. Naomi Buchwald
U.S. District Judge
Page 2

Plaintiff's Opposition would be due on January 17, 2008, and Defendant's reply would
be due on January 28, 2008.

Respectfully submitted,

Eric Lindquist

cc:    Joseph Profaizer, Esq.